GOLDSMITH & HULL, A P.C./File #48627
William I. Goldsmith   (SBN 82183)
Michael L. Goldsmith  (SBN 291700)
16933 Parthenia Street, Suite 110
Northridge, CA 91343
Telephone:  (818) 990-6600
Facsimile:  (818) 990-6140
**govdept1@goldsmithcalaw.com**

Attorneys For Judgment Creditor

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV01-07166-PA (SSx) |
| Plaintiff, | |
| v. | APPLICATION FOR ORDER PERMITTING SERVICE OF PROCESS BY REGISTERED PROCESS SERVER AND ORDER [PROPOSED] |
| RONALD A. LINCOLN, JR AKA RONALD H. LINCOLN, JR AKA RONALD LINCOLN, | |
| Defendant. | [No Hearing Required] |

Pursuant to the provisions of F.R.Civ. P. 4(c) and the local Rules 64-2 and 64-3 of the above-entitled Court, judgment creditor UNITED STATES OF AMERICA hereby requests that any agent of DIRECT LEGAL SUPPORT, who is at least 18 years of age, of suitable discretion, and not a party for this action, be authorized and appointed to serve the writ issued in this action.

DATED:  August 14, 2017         GOLDSMITH & HULL, A P.C.


_____/S/_____
Michael L. Goldsmith
Attorney for Judgment Creditor

1